IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,  Case No. 3:14cr51

    Plaintiff(s)

-v-  ORDER

Kevin Lavelle Taylor,

    Defendant(s)

On October 21, 2014, the Defendant Kevin Lavelle Taylor was convicted for being a felon in possession of ammunition, a violation of 18 U.S.C. § 922(g)(1). The Defendant filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence on June 24, 2016 (Doc. 38). The government filed an opposition to the motion (Doc. 41). The defendant did not file a reply.

The Defendant's sole ground for relief states that he should have received "safety valve points" because of his criminal history, predicates and felonies. Mr. Taylor is ineligible for safety valve relief because he does not meet the elements of the safety valve provisions of either 18 U.S.C. § 3553(f) or USSG § 5C1.2. Taylor was not convicted under the Controlled Substances Act and he has more than one criminal history point. Further, he did not provide cooperation by affirmatively disclosing all the information he possessed about the illegal drug trafficking operation, which was not an offense for which he was charged.

For these reasons, it is hereby ordered that the Defendant's motion under 28 U.S.C. § 2255 is denied.

So Ordered.

     s/ Jeffrey J. Helmick
     United States District Judge